UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,               :

            - v -                       :

$815,199.74 FORMERLY ON DEPOSIT   : STIPULATION AND ORDER
IN ACCOUNTS 7296905115 AND
1620774362, EACH HELD AT WELLS    : 20 Misc. 240
FARGO BANK, N.A.,

- - - - - - - - - - - - - - - - - X
                                        :
WATSON TITLE,
        First Interested Party.   :


- - - - - - - - - - - - - - - - - x

                                        :

STEWART TITLE GUARANTY COMPANY,
        Second Interested Party.  :

- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about September 9, 2019, the Federal

Bureau of Investigation ("FBI"), seized approximately

$815,199.74 (the "Seized Currency") from bank accounts ending in

number -5115 and -4362, each held at Wells Fargo, N.A (the

"Subject Accounts"), pursuant to a Seizure Warrant authorized by

the Honorable Sarah Netburn, United States Magistrate Judge for

the Southern District of New York;

        WHEREAS, the Seized Currency is forfeitable to the

United States as property involved in money laundering and the

operation of an unlicensed money transmitting business, in

violation of Title 18, United States Code, Sections 1956 and

1960, respectively;

WHEREAS, the Government has determined that as a

result of the money laundering and unlicensed money transmittal

offenses, Watson Title (the "First Interested Party")

transferred at least $66,003.79 to the Subject Accounts;

WHEREAS, the Government has accordingly determined

that Watson Title is the innocent owner of $66,003.79 of the

Seized Currency;

WHEREAS, the Government has determined that as a

result of the money laundering and unlicensed money transmittal

offenses, Stewart Title Guaranty Company (the "Second Interested

Party") transferred at least $749,195.95 to the Subject

Accounts;

WHEREAS, the Government has accordingly determined

that Stewart Title Guaranty Company is the innocent owner of

$749,195.95 of the Seized Currency;

WHEREAS, Gaudy Hernandez ("Hernandez"), the owner of

record of the Subject Accounts, disclaims any ownership interest

in the Seized Currency and relinquishes all claim to the Seized

Currency;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND

ORDERED, by and between Geoffrey S. Berman, United States

Attorney for the Southern District of New York, by and through

Assistant United States Attorney Andrew C. Adams, and the First

Interested Party, Watson Title, by and through its attorney,

Dennis Guidi, Esq.; the Second Interested Party, Stewart Title

Guaranty Company, by and through its attorney, Betsy Ann

Rosenbloom, Esq.; and Gaudy Hernandez, that:

1.   Gaudy Hernandez the owner of record of the

Subject Accounts, having disclaimed and/or relinquished any

ownership interest in the Seized Currency, accordingly has no

interest in the Seized Currency.

2.   The Government shall transfer $66,003.79,

representing a portion of the Seized Currency, to Watson Title,

the First Interested Party, to an account designated by and

through its attorney, Dennis Guidi, Esq.

3.   The Government shall transfer $749,195.95,

representing a portion of the Seized Currency, to Stewart Title

Guaranty Company, the Second Interested Party, to an account

designated by and through its attorney, Betsy Ann Rosenbloom,

Esq.

4.   Watson Title and Stewart Title Guaranty Company

(together, the "Interested Parties") and Gaudy Hernandez are

hereby barred from asserting, or assisting others in asserting,

any claim, including third party claims and any claim for

attorney's fees and costs, against the United States or any of

its agents and employees, including the Federal Bureau of

Investigation ("FBI"), and this Office (the "USAO-SDNY"), as

well as any and all employees, officers, and agents of the

United States, FBI, and the USAO-SDNY in connection with, or

arising out of, the United States' seizure, restraint, custody

or control over the Seized Currency.  The Interested Parties and

Gaudy Hernandez agree to execute any documentation to implement

the terms of this Stipulation and Order.

      5.    The Interested Parties and Gaudy Hernandez hereby

agree to waive all rights to appeal or otherwise challenge or

contest the validity of this Stipulation and Order.

      6.    Each party shall bear its own costs and fees,

including attorney's fees.

      7.    The Court will have exclusive jurisdiction over

the interpretation and enforcement of this Stipulation and

Order.

      8.    This Stipulation and Order constitutes the

complete agreement between the Government, the Interested

Parties and Gaudy Hernandez (the "Parties") and may not be

amended except by written consent of the Parties.

[CONTINUED ON NEXT PAGE]

9.    The signature pages of this stipulation may be

executed in one or more counterparts, each of which will be

deemed an original but all of which together will constitute one

and the same instrument.

Agreed and consented to:

> GEOFFREY S. BERMAN
> United States Attorney for the
> Southern District of New York
> Attorney for the United States

By: _____                    June 24, 2020
      ANDREW C. ADAMS                                DATE
      Assistant United States Attorney
      One St. Andrew=s Plaza
      New York, New York 10007
      T: (212) 637-2340

WATSON TITLE, the First Interested Party


      _____                 _____
      WATSON TITLE                                   DATE

By: _____                      _____
      DENNIS GUIDI, ESQ.                             DATE


STEWART GUARANTY TITLE COMPANY, the Second Interested Party


      _____                 _____
      STEWART GUARANTY TITLE COMPANY                 DATE

By: _____                      _____
      BETSY ANN ROSENBLOOM, ESQ.                     DATE


[SIGNATURES CONTINUED ON NEXT PAGE]

GAUDY HERNANDEZ

GAUDY HERNANDEZ                                        DATE 6/10/20

SO ORDERED:


_____          _____
UNITED STATES DISTRICT JUDGE, Part I               DATE

9.    The signature pages of this stipulation may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

Agreed and consented to:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for the United States


By: _____          _____
    ANDREW C. ADAMS                              DATE
    Assistant United States Attorney
    One St. Andrew=s Plaza
    New York, New York 10007
    T:  (212)637-2340


WATSON TITLE, the First Interested Party

    _____          06/19/2020
    WATSON TITLE                                DATE

                                                6-22-20
By: _____          _____
    DENNIS GUIDI, ESQ.                          DATE


STEWART GUARANTY TITLE COMPANY, the Second Interested Party

    _____          _____
    STEWART GUARANTY TITLE COMPANY              DATE

By: _____          _____
    BETSY ANN ROSENBLOOM, ESQ.                  DATE


                [SIGNATURES CONTINUED ON NEXT PAGE]

GAUDY HERNANDEZ

_____                        _____
GAUDY HERNANDEZ                                         DATE  6/10/20

SO ORDERED:


_____                        _____
UNITED STATES DISTRICT JUDGE, Part I                   DATE

9. The signature pages of this stipulation may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

Agreed and consented to:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for the United States

By: _____          _____
    ANDREW C. ADAMS                              DATE
    Assistant United States Attorney
    One St. Andrew=s Plaza
    New York, New York 10007
    T: (212)637-2340

WATSON TITLE, the First Interested Party

    _____          _____
    WATSON TITLE                                DATE

By: _____          _____
    DENNIS GUIDI, ESQ.                          DATE

STEWART GUARANTY TITLE COMPANY, the Second Interested Party

    _____  Jessica Thurbee, Esq.   6/23/2020
    STEWART GUARANTY TITLE COMPANY                DATE

By: _____          6/24/2020
    BETSY ANN ROSENBLOOM, ESQ.                  DATE

                [SIGNATURES CONTINUED ON NEXT PAGE]